IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AMOS BLANKS                                                                     PLAINTIFF

v.                            CIVIL ACTION NO. 5:12cv112-DCB-MTP

WARDEN BYRD, et al.                                        DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge **[docket entry 32]** as to Warden Byrd's Motion for Summary Judgement **[docket entry 25]**. There being no objections to the Report and Recommendation filed by either party, the Court, being duly advised in the premises, hereby adopts the Report and Recommendation and finds that the Motion for Summary Judgment shall be denied as moot. Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker **[docket entry 32]** is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that Warden Byrd's Motion for Summary Judgment **[docket entry 25]** is DENIED AS MOOT.

SO ORDERED, this the <u>7th</u> day of June, 2013.

                                       <u>s/David Bramlette</u>
                                       UNITED STATES DISTRICT JUDGE